266 U.S. 601, 45 S.Ct. 90

**ALASKA ELECTRIC LIGHT & POWER COMPANY,**
Petitioner, v. CITY OF JUNEAU et al.

No. 380.

Supreme Court of the United States.

Oct. 13, 1924.

For opinion below, see 294 F. 864.

Mr. Robert W. Jennings, of San Francisco, Cal., for petitioner.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.

266 U.S. 604, 45 S.Ct. 91

Charles **H. TYNAN**, Petitioner, v. The **UNITED STATES**
of America.

No. 459.

Supreme Court of the United States.

Oct. 13, 1924.

For opinion below, see 297 F. 177.

Mr. Robert W. Jennings, of San Francisco, Cal., for petitioner.

Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.